```
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                REMOTE CSID              DURATION    PAGES   STATUS
August 21, 2019 at 4:22:13 PM EDT                         77        2     Received
```
From:                                                        08/21/2019 16:51    #931 P.001/002

# Gerstein Grayson Cohen & Melletz, LLP
### A New Jersey Limited Liability Partnership

| | | |
|---|---|---|
| SAMUEL GERSTEIN**<br>MITCHELL T. GRAYSON*<br>ANDREW B. COHEN*<br>PAUL R. MELLETZ-<br><br>———<br><br>ALICIA R. IVORY*<br><br>* ALSO MEMBER OF PA BAR<br>- ALSO MEMBER DISTRICT OF<br>   COLUMBIA BAR<br>+ ALSO MEMBER OF NY BAR<br>^ MEMBER OF PA BAR ONLY<br><br>** FOUNDER - EMERITUS | ATTORNEYS AT LAW<br><br>1288 ROUTE 73 SOUTH<br>SUITE 301<br>MOUNT LAUREL, NEW JERSEY 08054<br><br>———<br><br>(856) 795-6700<br>TELECOPIER (856) 354-0020<br>WEBSITE: www.gersteingrayson.com<br>EMAIL: zgrayson@yahoo.com | Of Counsel<br>DONALD S. LEVENSON<br>CYNTHIA Z. LEVIN*<br>CRAIG DAVID BECKER*<br>SCOTT J. LEVINE<br>BRANDON G. JOHNSON+*<br>JOSEPH A. CONNELL SR.-<br>ZACHARY L. GRAYSON^<br>JEFFREY S. BRENNER* |

August 21, 2019

**VIA TELECOPY 215 580 2141**
The Honorable Jan E. DuBois
U.S. District Court for the Eastern District of Pennsylvania
U.S. Court House, Room 12613
601 Market Street
Philadelphia, PA 19106

Re; <u>**Deckard v. Emory** et al.</u>, 2:19-cv-02001

Dear Judge DuBois:

I respectfully request an extension of time in which to respond to the Amended Complaint filed in the above referenced action.

The Amended Complaint was filed on July 31, 2019, right before I left for a scheduled vacation overseas. The initial Complaint was filed on May 7, 2019 to which we filed a Motion to Dismiss on May 28, 2019. Our Motion to Dismiss was denied as Moot on August 16, 2019. I have recently returned and request a thirty day extension to Answer or otherwise plead to the Complaint.

The requested extension will not delay the proceedings as the docket reflects that there remain two defendants that have yet to be served, summonses having been issued on July 31, 2019. While Plaintiff has sought and received extensions in this matter, to the best of counsel's knowledge, this is the only request for an extension sought by any defendant.

I have informed all counsel of my request and have as of yet received no objection.

Respectfully submitted,

_____
Zachary L. Grayson, Esq.
Counsel to Drew Salaman, Esq.

cc: All counsel of record via email:
peterfblust@gmail.com
kquinn@sgtmlaw.com
tharty@hartylawgroup.com

2